UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARTHUR McKAY DURAND,<br><br>　　　　Defendant. | Case No. 04-579-M<br><br>DETENTION ORDER |

<u>Offense charged</u>:  Escape in violation of 18 U.S.C. § 751(a).

<u>Date of Detention Hearing</u>:  July 22, 2005

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

　　　　(1)　　The Pretrial Services Report dated July 22, 2005, indicates that defendant was arrested in California on July 5, 2005, on a warrant issued by the Western District of Washington.  He appeared before a United States Magistrate Judge, and was ordered detained as a risk of nonappearance and danger.

　　　　(2)　　Defendant's criminal history background check reveals extensive offense charges and several serious-offense convictions.

(3) Defendant is viewed as a risk of danger due to his criminal history and a risk of flight because of the nature of the pending charge.

(4) Defendant has used six aliases, and possesses a New Mexico identification card under the alias name of David Hunt.

(5) There appear to be no conditions or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of July, 2005.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge